

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00040-CV

| | | |
|---|---|---|
| TAMISHA NICOLE CAMPBELL, INDIVIDUALLY AND AS GUARDIAN AND NEXT FRIEND OF TAMATHA NANETTE WILLIAMS, AN INCAPACITATED PERSON, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-275904-14) |
| | § | August 15, 2019 |
| V. | | |
| | § | Opinion by Justice Birdwell |
| PAUL H. POMPA, M.D. AND MARCUS LESLY WEATHERALL, M.D., Appellees | § | Concurrence and Dissent by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Tamisha Nicole Campbell shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Wade Birdwell
Justice Wade Birdwell